METROPOLITAN CASUALTY INSURANCE COMPANY OF NEW YORK, Appellant, v. CLIFFORD ASH, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order directs plaintiff to make the complaint more definite and certain.) Present — Sears, P. J., Taylor, Edgcomb, Crosby and Lewis, JJ.

MILDRED DENARIE, as Administratrix, etc., of JOSEPH GORDON, Deceased, Appellant, v. WILLIAM C. STALLKNECHT, as Sheriff of Monroe County, and Another, Respondents.— Order modified by striking out the provisions in relation to security for costs and as modified affirmed, without costs on this appeal, without prejudice to a motion to require security for costs after the amended complaint has been filed. All concur. (The order requires security for costs conditionally and grants leave to serve an amended complaint in an action for damages for the wrongful killing of plaintiff's intestate by a deputy sheriff.) Present — Sears, P. J., Taylor, Edgcomb, Crosby and Lewis, JJ.

In the Matter of the Final Judicial Settlement of the Account of Proceedings of FIRST CITIZENS BANK AND TRUST COMPANY OF UTICA (as Successor, etc.), as Trustee under the Last Will and Testament of ELLEN A. ROBERTS, Deceased.— Decree affirmed, with costs. All concur. (The decree overrules objections and approves the account of the trustee.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

MARGARET T. McCARTHY, Respondent, v. ALTORFER BROTHERS COMPANY, Appellant, and G. STANLEY ALLEN, Defendant.— Judgment affirmed, with costs. All concur. (The judgment is for damages for personal injuries caused by having hand caught in the rolls of a wringer.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

In the Matter of the Application of SYRACUSE MASONIC TEMPLE for an Order that GEORGE P. SMITH and Others, Constituting the Board of Assessors of The City of Syracuse, show cause why the assessment of the property of said petitioner for the years 1931 and 1932 should not be declared erroneous, etc., and reduced accordingly.— Order affirmed, with costs. All concur. (The order dismisses the petition for partial exemption of property for general tax purposes.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

FRANK POLLOCK, as Commissioner of Public Welfare of the County of Erie, Respondent, v. LEON BURAS, Appellant.— Order affirmed, without costs. All concur. (Filiation proceeding.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

FRONTIER NEON, INCORPORATED, Respondent, v. GEORGE RYAN, Appellant.— Judgment affirmed, with costs. All concur. (The judgment is entered upon the order for summary judgment in an action for purchase price of an electric sign.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

SAM GIANNAVOLA, Appellant, v. GENERAL RAILWAY SIGNAL COMPANY, Respondent.— Motion for reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.